585 A.2d ·391

CUSHMAN & WAKEFIELD OF NEW JERSEY, INC. v. CONNELL RICE & SUGAR CO., INC.

October 10, 1990.

Petition for certification denied.

585 A.2d 391

CUSHMAN & WAKEFIELD OF NEW JERSEY, INC. v. WILLIAM D. SCHAFFEL.

October 10, 1990.

Petition for certification denied.

585 A.2d 391

CUSHMAN & WAKEFIELD OF NEW JERSEY, INC. v. BENEDICT TORCIVIA, JR.

October 10, 1990.

Petition for certification denied.

585 A.2d 392

CUSHMAN & WAKEFIELD OF NEW JERSEY, INC. v. CONNELL RICE & SUGAR CO., INC.

October 10, 1990.

Petition for certification denied.